# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Gulf Group, Inc. ) | ASBCA No. 60333 |
| ) | |
| Under Contract No. W912EE-12-C-0014 ) | |

APPEARANCE FOR THE APPELLANT:     G.M. Hobbs, Sr.
                                  President

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                  John M. Breland, Esq.
                                  Walker D. Moller, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Vicksburg

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 23 March 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60333, Appeal of Gulf Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals